# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SCHROEDER, MARY M. | U.S. COURT OF APPEALS - 9TH CIRCUIT | 04/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR CIRCUIT JUDGE | ☐ Nomination    Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. COURTHOUSE, SUITE 610
401 W. WASHINGTON, SUITE 610
MAIL SPACE 54
PHOENIX, ARIZONA 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | COUNCIL MEMBER | AMERICAN LAW INSTITUTE |
| 2. | TRUSTEE | TRUST #1 |
| 3. | ADVISORY BOARD MEMBER | LOWELL OBSERVATORY |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | MATTHEW BENDER & CO. - BOOK ROYALTY |
| 2. | 2014 | ARIZONA STATE RETIREMENT SYSTEM |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN LAW INSTITUTE | 1/15/2014 - 1/18/2014 | CHICAGO, IL | SEMINAR | TRANSPORTATION, FOOD, HOTEL |
| 2. | THE UNIVERSITY OF WASHINGTON | 2/21/2014 - 2/23/2014 | SEATTLE, WA | SPEAKING ENGAGEMENT | TRANSPORTATION, FOOD, HOTEL |
| 3. | THE UNIVERSITY OF ARIZONA | 4/17/2014 - 4/18/2014 | TUCSON, AZ | MOOT COURT COMPETITION | TRANSPORTATION, FOOD, HOTEL |
| 4. | THE UNIVERSITY OF CHICAGO | 4/28/2014 - 4/30/2014 | CHICAGO, IL | SPEAKING ENGAGEMENT | TRANSPORTATION, FOOD, HOTEL |
| 5. | AMERICAN LAW INSTITUTE | 10/13/2014 - 10/15/2014 | NEW YORK, NY | SEMINAR | TRANSPORTATION, FOOD, HOTEL |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

| 6. | AMERICAN LAW INSTITUTE | 11/12/2014 - 11/14/2014 | CHICAGO, IL | SEMINAR | TRANSPORTATION, FOOD, HOTEL |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP MORGAN CHASE ACCOUNTS | A | Interest | K | T | | | | | |
| 2. LINCOLN NAT'L LIFE INSURANCE | A | Interest | J | T | | | | | |
| 3. FRANKLIN FUND AZTXFR, INC. | A | Int./Div. | J | T | | | | | |
| 4. AZ STATE CREDIT UNION ACCOUNTS | A | Interest | K | T | | | | | |
| 5. VALIC ACCOUNTS (H) | | | | | | | | | |
| 6. - VALIC FIXED PLUS | | None | | | Sold | 04/09/14 | N | | |
| 7. - STRATEGIC BOND | | None | | | Sold | 04/09/14 | K | | |
| 8. DREY MDCAP INDX (NATIONWIDE) | B | Dividend | J | T | | | | | |
| 9. TIAA TRADITIONAL (RET. ANN) | E | Interest | O | T | | | | | |
| 10. TIAA - CREF (IRA) (H) | | | | | | | | | |
| 11. - CREF STOCK | | None | K | T | | | | | |
| 12. - CREF GROWTH | | None | K | T | | | | | |
| 13. - CREF EQUITY INDEX | | None | M | T | | | | | |
| 14. -TC GR & INC. - RET | E | Dividend | M | T | | | | | |
| 15. -TC MIDCAP GR RET. | E | Dividend | M | T | | | | | |
| 16. -TC MIDCAP VAL RET | D | Dividend | M | T | | | | | |
| 17. -TIAA REAL ESTATE | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - CREF BOND MARKET | | None | M | T | Sold (part) | 06/02/14 | J | | |
| 19. - TC HIGHYIELD RET | D | Dividend | L | T | Sold (part) | 01/15/14 | L | | |
| 20. | | | | | Sold (part) | 06/02/14 | J | | |
| 21. TIAA - CREF BROKERAGE ACCOUNTS - IRA 2 (H) | | | | | | | | | |
| 22. - BANK DEPOSITS | A | Interest | J | T | | | | | |
| 23. - TLRRX | A | Interest | | | Buy | 02/24/14 | K | | |
| 24. | | | | | Sold | 08/25/14 | K | A | |
| 25. - DREYFUS GOV PRIME (MONEY MARKET) | | None | J | T | | | | | |
| 26. - GGUIX | C | Dividend | K | T | | | | | |
| 27. - PIMCO EMERGING LOCAL BOND PELBX (formerly PLBDX) | A | Dividend | J | T | Buy (add'l) | 01/27/14 | J | | |
| 28. - TCIEX | A | Dividend | J | T | Sold (part) | 01/27/14 | J | B | |
| 29. - TILVX | A | Dividend | K | T | | | | | |
| 30. - TILIX | A | Dividend | J | T | Sold (part) | 01/27/14 | J | B | |
| 31. - TBIIX | A | Dividend | K | T | | | | | |
| 32. - TIP | A | Dividend | K | T | Sold (part) | 01/27/14 | J | | |
| 33. - IWS | A | Dividend | K | T | | | | | |
| 34. - IWR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - HYG | B | Dividend | K | T | Buy (add'l) | 01/27/14 | J | | |
| 36.  - RWR | A | Dividend | J | T | | | | | |
| 37.  - BSV | A | Dividend | K | T | Sold (part) | 01/27/14 | J | | |
| 38.  - AQMIV AQR MANAGED FUTURES | | None | J | T | Buy (add'l) | 01/27/14 | J | | |
| 39. | | | | | Buy (add'l) | 01/29/14 | J | | |
| 40.  CWC ACCOUNTS #1 (H) | | | | | | | | | |
| 41.  - FIDELITY AZ MUN MYM (FSAXX) | A | Interest | J | T | | | | | |
| 42.  CWC IRA #1 | | | | | | | | | |
| 43.  - CWCFX | A | Dividend | J | T | | | | | |
| 44.  - CWGDX | A | Dividend | J | T | | | | | |
| 45.  - FDRXX | A | Interest | J | T | | | | | |
| 46.  - JAFIX | A | Dividend | J | T | | | | | |
| 47.  - FATRX | A | Dividend | J | T | | | | | |
| 48.  CWC IRA #2 | | | | | | | | | |
| 49.  - ARVIX | | None | | | Sold | 08/15/14 | J | B | |
| 50.  -AEMSX | A | Dividend | J | T | | | | | |
| 51.  - YACKX | B | Dividend | K | T | Buy (add'l) | 06/04/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - CWCFX | A | Dividend | L | T | Buy (add'l) | 04/23/14 | K | | |
| 53. | | | | | Sold | 12/04/14 | J | B | |
| 54.  - CWGDX | C | Dividend | L | T | Buy (add'l) | 05/01/14 | K | | |
| 55.  - PCBIX | B | Dividend | K | T | Buy (add'l) | 06/12/14 | J | | |
| 56.  - HEMZX | A | Dividend | K | T | Buy (add'l) | 06/13/14 | K | | |
| 57. | | | | | Sold | 12/05/14 | J | A | |
| 58.  - FEHAX | B | Dividend | K | T | Buy (add'l) | 05/01/14 | J | | |
| 59.  - WHIYX | B | Dividend | K | T | Buy (add'l) | 06/04/14 | J | | |
| 60.  - JFLEX | B | Dividend | L | T | Buy (add'l) | 04/24/14 | K | | |
| 61.  - TGBAX | C | Dividend | L | T | Buy (add'l) | 05/02/14 | K | | |
| 62.  - SGENX | B | Dividend | K | T | Buy (add'l) | 06/09/14 | J | | |
| 63. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 64.  - FDRXX | A | Interest | J | T | | | | | |
| 65.  - PIMIX | B | Dividend | L | T | Buy (add'l) | 04/29/14 | K | | |
| 66.  - TGINX | A | Dividend | K | T | Buy (add'l) | 04/28/14 | J | | |
| 67.  - FIJEX | B | Dividend | L | T | Buy (add'l) | 04/17/14 | L | | |
| 68.  - HDSIX | A | Dividend | K | T | Buy | 08/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CWC ACCOUNTS #2 (H) | | | | | | | | | |
| 70. - ARVIX | | None | | | Buy (add'l) | 01/16/14 | J | | |
| 71. | | | | | Sold | 08/15/14 | J | A | |
| 72. - AEMSX | | None | | | Sold | 04/15/14 | J | | |
| 73. - YACKX | A | Dividend | K | T | Buy (add'l) | 11/14/14 | J | | |
| 74. - CWCFX | A | Dividend | K | T | Buy (add'l) | 01/16/14 | J | | |
| 75. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 76. - CWGDX | C | Dividend | K | T | Buy (add'l) | 04/15/14 | J | | |
| 77. - PEMGX | A | Dividend | K | T | Buy (add'l) | 04/15/14 | J | | |
| 78. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 79. - HEMZX | A | Dividend | K | T | Buy (add'l) | 04/15/14 | J | | |
| 80. | | | | | Buy (add'l) | 10/06/14 | J | | |
| 81. - SGENX | A | Dividend | J | T | Buy (add'l) | 01/15/14 | J | | |
| 82. | | | | | Buy (add'l) | 08/15/14 | J | | |
| 83. - FSAXX | A | Dividend | J | T | | | | | |
| 84. - FIJEX | A | Dividend | K | T | Buy (add'l) | 09/15/14 | J | | |
| 85. - JFLEX | A | Dividend | K | T | Buy (add'l) | 07/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - PONDX | B | Dividend | K | T | Buy (add'l) | 06/13/14 | J | | |
| 87. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 88. - TPINX | B | Dividend | K | T | Buy (add'l) | 06/13/14 | J | | |
| 89. - HDPSX | A | Dividend | J | T | Buy | 08/18/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. LINE 21 IS A HEADING TIAA-CRED BROKERAGE ACCOUNS - IRA 2 (H)
Please note that this was formerly Fidelity Brokerage Account #1 from line 27 of the 2013 Disclosure Statement and FidelityBrokerage IRA from line 34 of the 2013 Disclosure Statement

| Name of Person Reporting | Date of Report |
|---|---|
| SCHROEDER, MARY M. | 04/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY M. SCHROEDER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544